910

of the opinion certiorari should be granted. *Harry Sacher* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Tompkins, Robert W. Ginnane* and *Harold D. Koffsky* for the United States. The motion to defer consideration was filed by counsel for appellants in cases then pending in various United States Courts of Appeals.

No. 451. FEDERAL COMMUNICATIONS COMMISSION *v.* ALLENTOWN BROADCASTING CORP. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Sobeloff* and *Warren E. Baker* for petitioner. *Donald C. Beelar* for respondent.

No. 454. MASTRO PLASTICS CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari granted. *Bernard H. Fitzpatrick* for petitioners. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *Harvey B. Diamond* for respondent.

No. 463. UNITED STATES *v.* TWIN CITY POWER CO. ET AL. C. A. 4th Cir. Certiorari granted. *Solicitor General Sobeloff* for the United States. *David W. Robinson* for respondents.

No. 445. JEW SING *v.* BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari granted. *Joseph S. Hertogs* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.